IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAIME FUENTES, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 18-3513** |
| NANCY BERRYHILL, | : | |
| **Deputy Commissioner of the Social** | : | |
| **Security Administration,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this __29th__ day of June, 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. 12); Defendant's Response (Doc. No. 15); Plaintiff's Reply (Doc. 18); the Report and Recommendation (R&R) of United States Magistrate Judge Marilyn Heffley (Doc. 24), Defendant's Objections to the R&R (Doc. 25); and Plaintiff's Response to Defendant's Objections (Doc. 26); **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED** and the case is **REMANDED** to the Commissioner of the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate's Report and Recommendation; and

3. The Clerk of Court shall mark the above-captioned matter as **CLOSED** for statistical purposes.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**